# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **MAGISTRATE NO. 21-MJ-159** |
| : | |
| v. : | |
| : | **VIOLATIONS:** |
| **WILLIAM VOGEL,** : | **18 U.S.C. § 1752(a)(1)** |
| : | **(Entering and Remaining in a Restricted** |
| Defendant. : | **Building)** |
| : | **18 U.S.C. § 1752(a)(2)** |
| : | **(Disorderly and Disruptive Conduct in a** |
| : | **Restricted Building)** |
| : | **40 U.S.C. § 5104(e)(2)(D)** |
| : | **(Violent Entry and Disorderly Conduct in** |
| : | **a Capitol Building)** |
| : | **40 U.S.C. § 5104(e)(2)(G)** |
| : | **(Parading, Demonstrating, or Picketing in** |
| : | **a Capitol Building)** |

## I N F O R M A T I O N

The United States Attorney charges that at all relevant times:

### COUNT ONE

On or about January 6, 2021, within the District of Columbia, **WILLIAM VOGEL**, knowingly entered and remained in the United States Capitol, a restricted building, without lawful authority to do so.

(**Entering and Remaining in a Restricted Building**, in violation of Title 18, United States Code, Section 1752(a)(1))

### COUNT TWO

On or about January 6, 2021, within the District of Columbia, **WILLIAM VOGEL**, knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engaged in disorderly and disruptive conduct in, and within such proximity to,

the United States Capitol, a restricted building, when, and so that, such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions.

(**Disorderly and Disruptive Conduct in a Restricted Building**, in violation of Title 18, United States Code, Section 1752(a)(2))

## COUNT THREE

On or about January 6, 2021, within the District of Columbia, **WILLIAM VOGEL**, willfully and knowingly engaged in disorderly and disruptive conduct in any of the Capitol Buildings with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress or either House of Congress.

(**Violent Entry and Disorderly Conduct in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(D))

## COUNT FOUR

On or about January 6, 2021, within the District of Columbia, **WILLIAM VOGEL**, willfully and knowingly paraded, demonstrated, and picketed in a Capitol Building.

(**Parading, Demonstrating, or Picketing in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(G))

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney
New York Bar No. 4444188

By:  _____
Jeffrey N. Poulin
Assistant United States Attorney
W.V. Bar No. 11437
555 4th Street, N.W.
Washington, D.C.  20530
(202) 252-2641
Jeffrey.Poulin@usdoj.gov